Michael G. Woods, # 058683-0
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
VICTOR LOPEZ

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| ODILON ORTIZ, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ORANGE COVE, a municipal corporation, VICTOR LOPEZ in his official and individual capacity and DOES 1-50 inclusive, <br><br> Defendants. | Case No.  1:08-CV-00361 DLB <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff ODILON ORTIZ and Defendant VICTOR LOPEZ that the Complaint filed herein shall be dismissed against VICTOR LOPEZ both in his individual capacity and in his official capacity as Mayor of the City of Orange Cove, with prejudice.  The respective parties shall each bear their own costs and attorneys' fees.

///

///

///

///

///

///

Dated: February 26, 2009              McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP


                                      By:      /s/Michael G. Woods
                                              Michael G. Woods
                                              Deborah A. Byron
                                              Attorneys for Defendant
                                              VICTOR LOPEZ


Dated: February 25, 2009              By:      /s/ H. Ty Kharazi
                                              H. Ty Kharazi
                                              Attorney for Plaintiff
                                              ODILON ORTIZ

## **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiff ODILON ORTIZ is dismissed with prejudice against VICTOR LOPEZ, both in his individual capacity and in his official capacity as the Mayor of the City of Orange Cove. The respective parties shall each bear their own costs and attorneys' fees.


Dated:  March 5, 2009                   /s/ *Dennis L. Beck*
                                        DENNIS L. BECK
                                        U. S. MAGISTRATE JUDGE

53268/00000-1362122.v

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON