**ERNEST H. TUTTLE, III, ESQ., #051731**
**JAMES F. McBREARTY, ESQ., #143117**
**TUTTLE & McCLOSKEY**
**A PROFESSIONAL CORPORATION**
**750 E. Bullard, Suite 101**
**Fresno, California 93710**
**Telephone: (559) 437-1770**
**Facsimile: (559) 437-0150**

Attorneys for Defendant, City of Orange Cove

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ODILON ORTIZ, | Case No.: 1:08CV361DLB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISCOVERY AND TRIAL DATE** |
| vs. | |
| CITY OF ORANGE COVE, a municipal corporation, VICTOR LOPEZ, in his official and individual capacity and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to the Local Rules of the United States District Court of the Eastern District of California, Rule 83-143, Plaintiff, Odilon Ortiz, and Defendant, City of Orange Cove, through their counsel of record,

**STIPULATE AND AGREE AS FOLLOWS:**

1. On June 27, 2008, the court entered a Scheduling Conference Order establishing the following deadlines in this matter:

    Discovery deadline (non-expert):     May 15, 2009

    Discovery deadline (expert):     July 1, 2009

| | |
|---|---|
| Nondispositive motion deadline: | July 1, 2009 |
| Dispositive motion deadline: | July 21, 2009 |
| Settlement conference: | May 28, 2009 at 11:00 a.m. |
| Pre-trial conference: | October 2, 2009 at 1:30 p.m., Courtroom 9 |
| Trial: | November 10, 2009 at 9:00 a.m., Courtroom 9  (7-10 day jury trial) |

2. The parties have worked together in a cooperative manner in conducting discovery in this matter. Depositions of J. Lizoala, D. Silva, G. Hill, B. Jolly, B. DelBosque, and Plaintiff have been taken. Plaintiff's deposition was not completed in one 7-hour session and the parties have agreed to continue his deposition. Other depositions necessarily include, but are not limited to, Mayor Lopez, P. Mendez, and A. Beasley.

3. The parties have exchanged interrogatories and requests for production of documents. The voluminous number of documents produced in this case have made it obvious to the parties that it is impossible to adhere to the current scheduling conference order. Additionally, the parties have discussed submitting this case to mediation. At this time, neither party has adequate information to meaningfully participate in mediation or a settlement conference.

Therefore, in order to increase the possibility for resolution or adequately preparing this case for trial, the parties have agreed to extend the applicable hearing and discovery deadlines and continue the trial. The parties believe that the interests of justice and judicial economy will best be served by the requested continuance. In an effort to accomplish the same, the parties stipulate and request that the current trial date and deadlines be extended as follows:

| | |
|---|---|
| Discovery deadline (non-expert): | September 21, 2009 |
| Expert disclosure: | October 3, 2009 |
| Rebuttal or supplemental expert disclosure: | October 24, 2009 |
| Discovery deadline (expert): | November 3, 2009 |

| | |
|---|---|
| Nondispositive motion filing deadline: | November 17, 2009 |
| Dispositive motion filing deadline: | November 24, 2009 |
| Pre-trial conference date: | January 15, 2010 |
| Trial date: | March 2, 2010 |

Dated: May 18, 2009.  Tuttle & McCloskey
A Professional Corporation


By  */s/ James F. McBrearty*
James F. McBrearty
Attorneys for Defendant,
City of Orange Cove

Dated: May 15, 2009.

By  */s/ H. Ty Kharazi*
H. Ty Kharazi
Attorneys for Plaintiff,
Odilon Ortiz


**No further continuances to be granted.  Pursuant to the Stipulation, IT IS SO ORDERED:**


Dated: 19 May 2009.

/s/ *Dennis L. Beck*
Dennis L. Beck
United States Magistrate Judge