ERNEST H. TUTTLE, III, ESQ., #051731
JAMES F. McBREARTY, ESQ., #143117
TUTTLE & McCLOSKEY
A PROFESSIONAL CORPORATION
750 E. Bullard, Suite 101
Fresno, California 93710
Telephone: (559) 437-1770
Facsimile: (559) 437-0150

Attorneys for Defendant, City of Orange Cove

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ODILON ORTIZ, | Case No.: 1:08CV361DLB |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE DISCOVERY AND TRIAL DATE** |
| vs. | |
| CITY OF ORANGE COVE, a municipal corporation, VICTOR LOPEZ, in his official and individual capacity and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to the Local Rules of the United States District Court of the Eastern District of California, Rule 83-143, Plaintiff, Odilon Ortiz, and Defendant, City of Orange Cove, through their counsel of record,

**STIPULATE AND AGREE AS FOLLOWS:**

1. On June 27, 2008, the court entered a Scheduling Conference Order establishing the following deadlines in this matter:

Discovery deadline (non-expert): May 15, 2009

Discovery deadline (expert): July 1, 2009

| | |
|---|---|
| Nondispositive motion deadline: | July 1, 2009 |
| Dispositive motion deadline: | July 21, 2009 |
| Settlement conference: | May 28, 2009 at 11:00 a.m. |
| Pre-trial conference: | October 2, 2009 at 1:30 p.m., Courtroom 9 |
| Trial: | November 10, 2009 at 9:00 a.m., Courtroom 9  (7-10 day jury trial) |

2. The parties have worked together in a cooperative manner in conducting discovery in this matter. Depositions of J. Lizoala, D. Silva, G. Hill, B. Jolly, B. DelBosque, and Plaintiff have been taken. Plaintiff's deposition was not completed in one 7-hour session and the parties have agreed to continue his deposition. Other depositions necessarily include, but are not limited to, Mayor Lopez, P. Mendez, and A. Beasley.

3. The parties have exchanged interrogatories and requests for production of documents. The voluminous number of documents produced in this case have made it obvious to the parties that it is impossible to adhere to the current scheduling conference order. Additionally, the parties have discussed submitting this case to mediation. At this time, neither party has adequate information to meaningfully participate in mediation or a settlement conference.

Therefore, in order to increase the possibility for resolution or adequately preparing this case for trial, the parties have agreed to extend the applicable hearing and discovery deadlines and continue the trial. The parties believe that the interests of justice and judicial economy will best be served by the requested continuance. In an effort to accomplish the same, the parties stipulate and request that the current trial date and deadlines be extended as follows:

| | |
|---|---|
| Discovery deadline (non-expert): | October 30, 2009 |
| Expert disclosure: | November 20, 2009 |
| Rebuttal or supplemental expert disclosure: | December 30, 2009 |
| Discovery deadline (expert): | January 10, 2010 |

| | |
|---|---|
| Nondispositive motion filing deadline: | December 15, 2009 |
| Settlement conference: | December 14, 2009 at 10:00 a.m. Courtroom 7 |
| Dispositive motion filing deadline: | December 30, 2009 |
| Pre-trial conference date: | January 29, 2010 at 1:30 p.m. Courtroom 9 |
| Trial date: | April 13, 2010 at 9:00 a.m. Courtroom 9 |

Dated: May 21, 2009.

                              Tuttle & McCloskey
                              A Professional Corporation

                              By  */s/ James F. McBrearty*
                                  James F. McBrearty
                                  Attorneys for Defendant,
                                  City of Orange Cove

Dated: May 21, 2009.

                              By  */s/ H. Ty Kharazi*
                                  H. Ty Kharazi
                                  Attorneys for Plaintiff,
                                  Odilon Ortiz

**No further continuances to be granted. Pursuant to the Stipulation, IT IS SO ORDERED:**

Dated: 22 May 2009.

                              By  /s/ *Dennis L. Beck*
                                  Dennis L. Beck
                                  United States Magistrate Judge