# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODILON ORTIZ, | ) 1:08cv0361 DLB |
| | ) |
| Plaintiff, | ) ORDER REGARDING PLAINTIFF'S |
| | ) MOTION TO COMPEL |
| v. | ) (Document 23) |
| | ) |
| VICTOR LOPEZ, et al., | ) |
| | ) |
| Defendants. | ) |

    Plaintiff Odilon Ortiz ("Plaintiff") filed the instant motion to compel Sam Escobar to appear for deposition on November 9, 2009. The motion was heard on December 11, 2009, before the Honorable Dennis L. Beck, United States Magistrate Judge. H. Ty Kharazi appeared on behalf of Plaintiff. There was no appearance for Defendant City of Orange Cove or Sam Escobar and no oppositions were filed.

    At the hearing, Plaintiff's counsel informed the Court that Sam Escobar appeared for his deposition and agreed to pay Plaintiff's costs in the amount of $125.00. Accordingly, the motion to compel Mr. Escobar to appear at deposition is DENIED AS MOOT. Mr. Escobar shall pay the agreed upon costs of $125.00 on or before January 31, 2010.

   IT IS SO ORDERED.

   Dated:   **December 11, 2009**          /s/ **Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE